**NOTHACKER, In re Reduction in Rank.**
**WERNER, In re Reduction in Rank.**
**SIDELL, In re Reduction in Rank.**
**HARTUNG, In re Reduction of Rank.**

Ohio Appeals, Second District, Franklin County.

Nos. 4269, 4270, 4271 and 4272. Decided October 19, 1949.

Roscoe R. Walcutt, Alfred J. Henney, Columbus, for appellants.

Richard W. Gordon, City Attorney, Hugh K. Martin, Senior Asst. City Atty., Robert E. Leach, Asst. City Atty., Columbus, for C. C. Cole, Director of Public Safety, appellee.

See, also, **51 Abs 105.**

## OPINION

By THE COURT.

These four appeals are on questions of law from the judgments of the Common Pleas Court sustaining the orders of the Civil Service Commission of Columbus, Ohio, approving the orders of Charles C. Cole, Director of Public Safety, reducing these appellants in rank as members of the Columbus Fire Department.

We have carefully examined the records in these cases and briefs of counsel and have come to the same conclusion as Judge Randall, who, in a well-considered opinion, discusses all of the issues presented. A further discussion by us would serve no useful purpose. We find no error in the records and the judgments are ordered affirmed.

MILLER, PJ, HORNBECK and WISEMAN, JJ, concur.